No. 10-5977. George I. Stapley, Petitioner v. The Mississippi Bar, et al.

562 U.S. 1173, 131 S. Ct. 987, 178 L. Ed. 2d 815, 2011 U.S. LEXIS 99.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 985, 131 S. Ct. 421, 178 L. Ed. 2d 328, 2010 U.S. LEXIS 8317.